THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Amos Simon, Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-436
Submitted October 1, 2007  Filed October
 9, 2007    
APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  James Simon appeals his guilty pleas for failure to
 stop for a blue light, trafficking in ten to twenty-eight grams of cocaine, and
 possession of crack cocaine.  He asserts the colloquy between the trial court
 and Simon was too brief and therefore, his guilty plea failed to conform to the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Simons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.